IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>RENEE M. THORPE,<br>Appellant | CIVIL ACTION<br><br>No. 15-5239<br><br>Bankruptcy No. 13-15267 |

## O R D E R

**AND NOW**, this 9th day of October, 2015, upon consideration of Appellant's Memorandum of Law in Support of Appeals (filed in Miscellaneous Case No. 15-222, ECF No. 15);[1] Interested Party Lititz Properties, LLC's Memorandum of Law (filed in Civil Case No. 15-5239, ECF No. 4), and the adoption thereof by the Chapter 12 Trustee (filed in Miscellaneous Case No. 15-222, ECF No. 20); oral argument on October 5, 2015; and for the reasons set forth in the accompanying Opinion, **IT IS ORDERED** that:

(1) The Bankruptcy Court's September 14 Order Denying Debtor's Motion to Modify is **AFFIRMED**; and

(2) The Bankruptcy Court's September 18 Order Confirming Sale to the Prevailing Bidder is **AFFIRMED**.

The Clerk of the Court shall close the case for statistical purposes.

**BY THE COURT:**

**/S/WENDY BEETLESTONE, J.**

_____
**WENDY BEETLESTONE, J.**

---

[1] In its Order of September 29, 2015, in Miscellaneous Case No. 15-222 (ECF No. 10), the Court ordered that the appeal of the Bankruptcy Court's September 14 Order (Civil Case No. 15-5239) and the appeal of the Bankruptcy Court's September 18 Order (Civil Case No. 15-5343) would be consolidated for briefing and argument under Civil Case No. 15-5239.